Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

## (April 26, 1971)

 In the Matter of FRED A. RYDER, an Alleged Mentally Ill Person, Appellant. PAUL C. AGNEW, as Director of Dannemora State Hospital, Respondent.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.